■ Leonard C. Spano, Appellant, v Leslie H. Cohen, Respondent.—Order unanimously affirmed without costs for reasons stated in the decision at Special Term, Mordue, J. (Appeal from order of Supreme Court, Onondaga County, Mordue, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.

■ Michael S. Galuski, Appellant, v State Farm Insurance Co., Respondent.—Order unanimously affirmed without costs for reasons stated at Special Term, Murphy, J. *(see also, United Servs. Auto. Assn. v Aetna Cas. & Sur. Co.,* 75 AD2d 1022; *McConnell v Fireman's Fund Am. Ins. Co.,* 49 AD2d 676). (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ.